IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KING,<br><br>    Plaintiff,<br><br>  v.<br><br>TERMINIX INTERNATIONAL, INC.<br><br>    Defendant. | Case No. 3:14-cv-00693 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference currently scheduled for May 14, 2014 is continued to June 4, 2014 at 10:00 a.m. before Judge Cousins in Courtroom a, 15th Floor, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: May 13, 2014

NATHANAEL COUSINS
United States Magistrate Judge