LAW OFFICES OF BENNY MARTIN
Benjamin Martin (SBN 257452)
195 41St Street, Oakland, CA 94611
P.O. Box 11120
Phone: (415) 558-1760
E-mail: knowyourrightsinsf@gmail.com

THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP
Marcus A. McDaniel (SBN 151357)
The ServiceMaster Company, LLC
860 Ridge Lake Blvd.
Memphis, TN 38120
Phone: (901) 597-1328
Fax: (901) 597-5612
E-mail: marcus.mcdaniel@servicemaster.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN KING, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TERMINIX INTERNATIONAL, INC., a business entity, and DOES 1-20,<br><br>　　　　　　　Defendants. | CASE NO.  3:14-cv-00693<br><br>**STIPULATION CONSENTING TO JURISDICTION OF MAGISTRATE JUDGE AND STAYING JUDICIAL PROCEEDINGS PENDING COMPLETION OF DISPUTE RESOLUTION PROCESS;<br>[~~PROPOSED~~] ORDER THEREON** |

　　　　Plaintiff Nathan King and Defendant The Terminix International Company Limited Partnership (erroneously sued as Terminix International, Inc.), by and through their attorneys of record, hereby stipulate and agree as follows:

　　　　1.　　On February 13, 2014, Plaintiff filed a Complaint in this Court, commencing the above-referenced judicial action, which has been assigned to Magistrate Judge Nathanael M. Cousins;

2. In accordance with Title 28 U.S.C. § 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, with direct review by the Ninth Circuit Court of Appeals, in the event that an appeal is filed.

3. The parties entered into and are bound by a mandatory dispute resolution process known as the ServiceMaster *We Listen Dispute Resolution Plan*, 2012 revision ("*We Listen*"), signed by Plaintiff on July 18, 2012;

4. The *We Listen* process requires submission of the claims at issue in this case to mediation and, if necessary, final and binding arbitration;

5. The parties agree that this action should be stayed pending completion of the *We Listen* process, including, if necessary final and binding arbitration, and that the Court shall retain jurisdiction over this matter pending conclusion of the *We Listen* process.

**IT IS SO STIPULATED.**

                                      **LAW OFFICES OF BENNY MARTIN**

DATED: September 22, 2014

                                      BENNY MARTIN
                                      Attorney for Plaintiff

| | |
|---|---|
| Dated:  September 15, 2014 | **THE TERMINIX COMPANY LIMITED PARTNERSHIP LLC**<br><br>By:  \_**Marcus A. McDaniel**_____<br>Marcus A. McDaniel<br>Attorney for Defendant THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP |

## ORDER

Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered, adjudged and decreed that:

1. Plaintiff Nathan King shall submit his claims at issue in this judicial action to mediation and, if necessary, final and binding arbitration pursuant to the We Listen process;

2. Plaintiff's action is hereby stayed pending completion of the We Listen process;

3. This Court shall retain jurisdiction over this matter pending conclusion of the We Listen process.

4. The case management conference is continued to November 19, 2014 at 10:00 a.m. An updated case management statement is due November 12, 2014.

**IT IS SO ORDERED.**

Dated: September 23, 2014



_____
NATHANAEL M. COUSINS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Nathanael M. Cousins