UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KING,<br>      Plaintiff,<br>   v.<br>TERMINIX INTERNATIONAL, INC.,<br>      Defendant. | Case No. 14-cv-00693-NC<br><br>**ORDER TO CURE DEFICIENCY**<br>Re: Dkt. No. 20 |

On December 14,2014, the Court ordered plaintiff to provide an udpate on status of ADR by June 1, 2015. The Court has not received any update. Plaintiff is ORDERED to provide a case status report by June 19, 2015.

IT IS SO ORDERED.

Dated: June 15, 2015

                                                NATHANAEL COUSINS<br>                                                United States Magistrate Judge