1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NATHAN KING,

        Plaintiff,

    v.

TERMINIX INTERNATIONAL, INC.,

        Defendant.

Case No. 14-cv-0693  NC

**ORDER OF CONDITIONAL DISMISSAL**

Re: Dkt. 22

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed by July 31, 2015. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: June 15, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00693  NC
ORDER OF CONDITIONAL
DISMISSAL